UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

06cr1085
09cr1022
10cr1236
11cr500
11cr630
15cr577
19cr128
19cr881
20cr35
20cr385

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

    For the week of August 17, 2020, the Court will hold all criminal proceedings by telephone. To access the teleconference, please use the following information:

    Meeting Dial-In Number (USA toll-free): (888) 363-4749    Access Code: 7702195

    Please enter the conference as a guest by pressing the pound sign (#).

    Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:   August 14, 2020
           White Plains, New York

                                KENNETH M. KARAS
                                United States District Judge